# Exhibit 1



110 Irving St. NW
Washington, DC 20010
Office: 202-877-5481
MedStarHealth.org

Erin C. McLaughlin, CRNP
Nurse Practitioner
erin.c.mclaughlin@medstar.net

May 16, 2022

To Whom It May Concern,

Yuhuan Song has been hospitalized at MedStar Washington Hospital Center and under my care from 14 – 16 May 2022.

Yuhuan has no physical limitations or restrictions at time of discharge.
She may return to work on 17 May 2022.

Respectfully,

Erin C. McLaughlin, CRNP
erin.c.mclaughlin@medstar.net
MedStar Washington Hospital Center
110 Irving Street, NW
Washington, DC  20010
202-877-5481