# Exhibit 3



Kim Tran <powerbarkt@github.com>

## [EXTERNAL] Fwd: Goodbye everyone
1 message

**Yuhuan Song** <viviensong2018@gmail.com>     Sun, Jul 10, 2022 at 6:31 PM
To: jchaudhri@jonesday.com, joan.haratani@morganlewis.com, jeffrey.hsi@wolfgreenfield.com, kenzo.kawanabe@dgslaw.com, karen@korematsuinstitute.org, jlam@maynardcooper.com, parkin.lee@verizon.net, yoon-young.lee@wilmerhale.com, aliu@nicholsliu.com, npatel@akingump.com, gina.shishima@nortonrosefulbright.com, kimtran@microsoft.com

You don't often get email from viviensong2018@gmail.com. Learn why this is important

---------- Forwarded message ---------
From: **Yuhuan Song** <viviensong2018@gmail.com>
Date: Wed, Jun 1, 2022 at 11:46 AM
Subject: Goodbye everyone
To: NAPALC <NAPALC-SBS2003@advancingjustice-aajc.org>
Cc: <jyang@advancingjustice-aajc.org>, <jinykim@advancingjustice-aajc.org>, Lucy M. Lee <llee@advancingjustice-aajc.org>, Lisa Campbell-Thornton <lthornton@advancingjustice-aajc.org>, <gyamada@advancingjustice-aajc.org>, Michelle Boykins <mboykins@advancingjustice-aajc.org>, <tminnis@advancingjustice-aajc.org>, Marita Etcubanez <metcubanez@advancingjustice-aajc.org>, <nshah@advancingjustice-aajc.org>, Tiffany Chang <tchang@advancingjustice-aajc.org>, <echi@advancingjustice-aajc.org>, <mkim@advancingjustice-aajc.org>, Gisela Kusakawa <gkusakawa@advancingjustice-aajc.org>, <mnguyen@advancingjustice-aajc.org>, Andre Harrison <aharrison@advancingjustice-aajc.org>, <jhamlett@advancingjustice-aajc.org>, <eandriola@advancingjustice-aajc.org>, <jdeguzman@advancingjustice-aajc.org>, <dtanaka@advancingjustice-aajc.org>, Bre'Von Stewart <bstewart@advancingjustice-aajc.org>, <ehuskey@advancingjustice-aajc.org>, Vivin Qiang <vqiang@advancingjustice-aajc.org>, <kcalo@advancingjustice-aajc.org>, <afry@advancingjustice-aajc.org>, Danielle Wong <dwong@advancingjustice-aajc.org>, <nmorgenstern@advancingjustice-aajc.org>, <eku@advancingjustice-aajc.org>, <timin@advancingjustice-aajc.org>, <jliu@advancingjustice-aajc.org>, <jseo@advancingjustice-aajc.org>, <efarmer@advancingjustice-aajc.org>, <lchan@advancingjustice-aajc.org>, <srajbhandari@advancingjustice-aajc.org>, <achung@advancingjustice-aajc.org>

Yuhuan Song
(202) 230-4153 |
viviensong2018@gmail.com

June 1, 2022

Dear AAJC Staff,

On April 28, 2022, at 10:00AM, Lisa and Michelle met with me and told me that they were extending my probationary period and promised to send me a performance improvement plan by May 6, 2022. To this day, they have not told me how long my probation was going
to be nor have they provided any sort of performance improvement plan.

Today,
June 1, 2022, at 10:00AM, Lisa and Michelle spent 5 minutes in Microsoft Teams, terminating my

employment, effective immediately, 2 weeks after I was diagnosed with depression.

I
have already been locked out of my email, 15 minutes after the meeting, even though they asked me to provide them with a transition memo. So as I share my goodbye, I want to share my experience.

**Addressing
Mental Health Concerns**

On
Friday, May 13th, I disclosed to Michelle, my manager, that I have been stressed at work and have had suicidal ideations. Michelle then disclosed to Lisa my mental health struggles. Without reaching out to me first, Lisa abused her privilege of knowing my
address as Vice President of Human Resources and Administration and had police officers sent to my home without my consent. After
Lisa had called the police,
she called me and told me, "I called the police. They will go to your home." I was in shock, but I still had no clue what would happen to me after. Things soon escalated as the police came. The police officer handcuffed me in front of my neighbors, put me
in a police car, and sent me to Medstar Washington Hospital Center. This is called FD-12. If you are sent to the emergency room by a police officer and the officer claims that you are in immediate danger to yourself, you cannot leave until a physician discharges
you. This judgment is from an armed person, belonging to the most fatal domestic force in the US, who is not trained to evaluate mental health statuses, but who has the power to lock you up. You lose your freedom immediately once police get involved.

I
stayed in the emergency room for 18 hours. Security guards were outside, ready to tie anyone up that attempted to leave. I was stripped off my clothes, shoes, and everything else including my phone, keys, and ID. Seconds before I lost access to my phone, Lisa
told me, "John is willing to talk to you if you'd like that." It was just another shock for me that Lisa would disclose my private medical information to another person, without my consent. Again. Under ADA, you are required by law to protect employee's privacy.
The only exception is when employees ask for accommodations at work, and even then, the information can only be disclosed to their direct supervisor and with the employee's written consent.

I
wasn't able to contact my parents or any of my friends in China. I was incarcerated. This is just the beginning of this nightmare. After the long emergency room stay, where I wasn't able to sleep because there was no bed and the lights were on like it was
daytime, I was transported to the psychiatric department. I had to beg the doctors, nurses, and the so-called behavioral health technicians for everything, even basic supplies to keep you alive, like drinking water. Because of the unreasonable hospital policy
that prohibits psychiatrists prescribing hormonal therapeutics, I was denied treatment for my physical health, and I have been bleeding for 15 days. It was hell, and locking me up, prohibiting me from contacting my

loved ones, and forcing me to use bathrooms
that don't lock, did not make me better.

It
was traumatic, life-changing, depressive, and worsened my mental health conditions.

What
was ironic was that the doctors wanted to discharge me the moment I got in, because I clearly did not pose immediate or even future dangers to myself or others. However, this unit doesn't do discharges on weekends, so the earliest discharge date for me was
Monday, May 16. This means I stayed involuntarily incarcerated for four days with no ways to contact my friends or family. I missed scheduled calls with my parents and my friends, and they had no idea why I suddenly disappeared and were extremely worried.
The silver lining was that they discharged me as soon as they could on May 16.

However,
bad things came after one another. For unknown reasons, my Uber driver was very violent, told me to get out of his car. He actually started to drive away, effectively dragging me a few feet while I tried to make my exit. My discharge nurse yelled, like they
had been all weekend at me, "Why did you make him mad? Why did you make the driver go?". This whole experience ruined my life. I isolated myself in my home for a week, crying every day, feeling even worse, and not wanting to talk to anyone. Lisa sent several
messages 'checking in on me' (which I responded to in fear of the cops being called to my home again)  and insinuated that I should not return to work. When I said I would like to return the following Monday, she required that I have a note from a medical
provider saying that I'm allowed to return to work.

To
stress this point, Lisa heard from *second
hand knowledge* that I had
mental health struggles, called the police to my home without my consent, directly making me involuntarily incarcerated for four days, and I still had to prove through a medical note I was fit to return to work.

If
human resources are supposed to be the ones assisting with employees' mental health, proper training must be provided to them and protocols must be adhered to. There are numerous professional, non-violent resources human resources can use, instead of calling
the police. There is the national suicide prevention hotline. There are crisis prevention centers. There is voluntary treatment available to everyone. Referring an employee to these resources easily protects an organization or another employee from liability.
Many people have ideated suicide at least once in their life. Unless one is clearly attempting to hurt themselves and you can clearly see it, no one should send the police to their home without even asking them if they feel safe opening the door for the police.
Calling the police to respond to mental health crises can be [fatal](#).
So many people had been shot by the police, when their family members, friends, or co-workers called the police, who are not trained to deal with mental health issues, to respond to a non-emergency mental health

breakdowns. Employees at AAJC should understand
when to and when not to call the police better than the average public. Even in the bystander intervention training
*we designed and host*
on a regular basis, we stress
that law enforcement should be the last resort and that you should always obtain consent from the impacted individuals first, before you outright call the police.

When
I came back from the hospital and returned to work, Michelle checked in with me, upon my request, three days after I was back. Michelle asked to "close the loop" of this traumatic experience I had, never asked what I had gone through, and told me that Lisa
and she discussed privately about my mental health. I was surprised to find out that HR and my supervisor would talk about my mental health without me present. I complained to Michelle that Lisa disclosed my medical condition to John without my consent. Michelle
told me to ask Lisa about that. Michelle moved on to talk about our 5D's video project and mentioned what we briefly talked about on May 13 (the day Lisa sent police to my home and had me involuntarily admitted to the hospital) and chuckled, "Things took a
turn on Friday…you know…" like we were talking about buying groceries.

AAJC
has stressed to talk to your managers about our workload and stress and to take care of our mental health. In a moment of vulnerability, I shared with my supervisor what I was dealing with and in return I was punished and stripped of my freedom for several
days. Regardless of how many "just checking on you" and "we care about you messages," I simply don't believe it. Actions speak louder than words. The trust was already broken and my safety was compromised. I don't want anyone else to experience the trauma
I have experienced, which is why I am sharing. Terminating an employee with mental health conditions is convenient for AAJC and detrimental to people that are currently making contributions to this organization.

If
you are not in senior leadership, You have to be perfect to work at AAJC. You can't get sick, you can't have a difficult pregnancy, and you can't be vocal about your mental health issues.

In
**Regards to My Visa Sponsorship**
This
whole experience is compounded with the fact that to this day that I am writing this letter, AAJC has not held true to their promise of sponsoring my H1B visa that was written in my offer letter when I joined nearly 7 months ago. I am currently at risk of
becoming undocumented in the US, because AAJC has failed its promise. It's ironic that AAJC purports to really care about immigrants and immigrant rights when they don't care for immigrants in-house, despite their initial promise.

Many
AAJC team members have experience with the immigration system, so you probably know the stress of

expecting a legal status. I have sent Lisa multiple emails asking for updates about this visa since April 1, 2022. In April, Lisa told me, "Your visa will be
filed next week." We are familiar with the saying "Justice delayed is justice denied." Well, a visa delayed is worse than a visa denied. It leaves you lingering and dreaming an empty dream. It hinders you from making plans to move forward. This is happening
during a global pandemic, where stress is already high, my stress was compounded when for months I was left in limbo on whether my visa will come.

And
my worst dreams became a reality.

Because
today, Lisa told me that my H1B visa application will be "withdrawn." I pointed out that it was never submitted, so there is nothing to withdraw. Lisa stumbled for three seconds and said, "OK…that's right."

My
visa is expiring on July 9, 2022 and it takes USCIS several months to a year to process an H1B application, which means I will be forced to go back to China. Due to the zero COVID policy in China, flight tickets to China are extremely restricted and can get
canceled without notice. The average price of a flight ticket to China now is upwards of $15,000 and has to be booked three to six months prior to your departure. Finding a flight ticket back is a full time job, because now it's not as easy as going to an
airline's website and booking it. I'll actually have to find "secret" agencies that sell flight tickets.

There
was no care in addressing the fact that I am here on a Visa. With promises of an extended probation (to an unclear amount of time) and a performance improvement plan that never came, AAJC blindsided me with this termination, effective immediately, when I only
have a little over a month before my visa expires. This is jarring and inequitable to anyone in a job to fire someone after promises of an improvement plan, it's cruel to do this to someone who is dependent on a visa.

**Burnout**
AAJC
staff is burning out. The projects AAJC is doing and aspires to do are more than what the staff capacity can handle. Simply telling employees to "learn to manage your time," "practice self care," "talk to your supervisor," "take care of your mental health,"
or "take a comp day" have not and will not have any positive effect, if the workload outnumbers capacity. Imagine if you raise one cow, ask it to produce 1 million liters of milk per day, and just tell it to "manage your workflow," I am pretty sure this cow
will burn out too. There are unrealistic expectations and toxic work culture at AAJC — being unable to have time for lunch is glorified and people need to give a heads up that they won't be available tonight outside of business hours.

I
received inhumane treatment at AAJC, an organization that champions mental health and immigrant rights. The reality that I will soon become illegal in the US is a result of AAJC's breaking its promise. I am sharing

this with all of you because I don't want
to be silenced like so many before me. I have had the nightmare for a long time that the last time my name appears will be in Lisa's two-sentence email - "Yuhuan Song is no longer employed at AAJC." I wanted to make sure my story is out there and the narrative
isn't spun that "I found a better opportunity", a vague "personnel issue" or because I miss home.

Michelle
and Lisa did not tell me why I was terminated. However, I find it convenient that my termination happened two weeks after I was vocal about my mental health. I find it convenient that my termination happened without a promised performance improvement plan
that would have described how I would be able to pass probation. I find it convenient that my termination happened one month before the deadline to file for H1B visa.

I
am the 6th person who is leaving AAJC staff in five months.  I am the 3rd staff member who AAJC has been dismissed effective immediately this year. Likely, if I did not write this email, I would have been disregarded like JoAnn and Dionna were.

I
joined AAJC because I believed in the mission and values of the organization. These experiences have made it clear to me AAJC does not hold the same standard of values within their staff as they purport on our website and we share with partners.

I
truly wish for the best for all of you and I hope that AAJC creates policies and procedures so that what I have experienced does not happen to you.

Sincerely,
Yuhuan
Song
(202)
230-4153
viviensong2018@gmail.com


--
Yuhuan Song, "She, they"
Master of Arts
Communication Management
George Washington University
202-230-4153
LinkedIn
Portfolio/Personal Professional Website
"People are born babies, not men or women."


--
Yuhuan Song, "She, they"
Master of Arts
Communication Management
George Washington University
202-230-4153

LinkedIn
Portfolio/Personal Professional Website
"People are born babies, not men or women."