# Exhibit 4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>570-2023-00594 |
|---|---|---|

DC Office of Human Rights                                                                 and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Yuhuan Song | 202-230-4153 | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 617 18th St NE | Washington, DC 20002 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. _(If more than two, list under PARTICULARS below.)_

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Asian Americans Advancing Justice - AAJC | 25 - 50 | 202-296-2300 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1620 L St NW #1050 | Washington, DC 20036 |

Received by EEOC Washington Field Office Date 11/22/2022

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON _(Check appropriate box(es).)_

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER _(Specify)_

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2022-05-13    Latest: 2022-07-13

☐ CONTINUING ACTION

THE PARTICULARS ARE _(If additional paper is needed, attach extra sheet(s)):_

I believe I have been subjected to discrimination on the basis of my disability.

On Friday, May 13, 2022, I informed my supervisor of a hostile work environment, and told her that this environment was causing me to be depressed and triggered suicidal ideation. I at no point mentioned suicidal intent, but my supervisor still asked me twice if I would harm myself. I said no both times. Later in the evening, I got a call from the VP of HR, Ms. Campbell-Thornton. She informed me that she had called the police, since my manager told her of my mental health disabilities. This was the first time she had spoken to me about this, but without doing any due dillegence, called the police.

The police then took me to a hospital. While I was in the emergency room, Ms. Campbell-Thornton then informed me that she had told the Executive Director of my disability. She did so without my consent. I was involuntarily hospitalized from Friday evening (5/13/22) until Monday morning (5/16/22). I was released by doctors on Monday morning, the soonest time one can be released if hospitalized during the weekend, and given a formal diagnosis of depression. I informed Ms. Campbell-Thornton of my release and official diagnosis. She refused to allow me back to work until I got a doctor's note clearing me back to work. After forcing me to

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11/21/2022    _Yuhuan Song_
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
_[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
_(month, day, year)_
November 21, 2022

[Notary seal: DISTRICT OF COLUMBIA PUBLIC]

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

DC Office of Human Rights and EEOC
*State or local Agency, if any*

jump through additional hurdles because of my disability to return to my job, I finally returned on May 23, 2022. One week later on June 1, 2022, I was terminated in a Microsoft Teams meeting that lasted under five minutes. Not only was I terminated so soon after disclosing my disability, I was terminated before my probationary period at work expired.

To add insult to injury, after I was terminated, it came to my attention that my former employer hosted two all-staff meetings to "tell their side" in which they falsely claimed they had my consent to share my private, medical information. The most recent of these meetings happened on July 13, 2022.

In summation, I suffered the following claims under the ADA:

1. My former employer violated the ADA when they treated me differently by calling the police on me due to my disability.

2. My former employer violated the ADA when Ms. Campbell-Thornton informed the Executive Director of my disability.

3. My former employer violated the ADA when Ms. Campbell-Thornton engaged in disparate treatment by requiring me to have a doctor's note in order for me to return to work, when that was never a question in relation to my disability.

4. My former employer violated the ADA when they terminated me on the basis of my disability, weeks before my probation was scheduled to end.

5. My former employer violated the ADA by hosting at least two all-staff meetings in which they spoke about my protected medical information.

Received by EEOC Washington Field Office Date 11/22/2022

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

11/21/2022  Yuhuan Song
Date        Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

November 21, 2022