# Exhibit 5



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. 2023-CAB-003113

**COMPLAINT**
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| Lisa Campbell-Thornton | vs | Yuhuan Song |
|---|---|---|
| PLAINTIFF | | DEFENDANT |
| 12102 Clear Creek Drive | | 617 18th Street NE |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Fort Was  MD   20744 | | Washingt  DC   20002 |
| City   State   Zip Code | | City   State   Zip Code |
| 240 476-5602 | | 202 230-4153 |
| Telephone Number | | Telephone Number |
| lisathornton12102@gmail.com | | viviensong2018@gmail.com |
| Email Address (optional) | | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   On June 1, 2022, Yuhuan Song defamed my character by lying and emailing this information (see attach) to parties and staff members internal and external affecting my reputation and my ability to perform my duties at work. Yuhuan Song sent this information to parties externally on July 11, 2022, further damaging my reputation, causing undue stress, mental and physical anguish.

2. What relief are you requesting from the Court? Include any request for money damages.

   Seeking a public apology and monetary relief of $100,000

Form CA-3074 [Rev. Nov. 2017]   1   Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

Yuhuan Song was terminated from employment because her performance during their six-month probationary period was poor. As the head of Human Resources, she retaliated against me, seeking to damage my reputation due to the termination, and when they threatened to kill themselves, I called 911 seeking a wellness check. Yuhuan Song is upset that I tried to save their lives. Also Yuhuan lied and said they didn't receive their medication when they were hospitalized. I brought Yuhuan their medication during this period of confinement

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*Lisa Campbell-Thornton*
**SIGNATURE**

5/25/2023
**DATE**

Subscribed and sworn to before me this ___25___ day of __May__ 20_23_.

_____
(Notary Public/Deputy Clerk)

LASHAWN WILLIAMS
Notary Public
Prince George's County
Maryland
My Commission Expires August 17, 2023

State of __Maryland__
County of __Prince Georges__

2