IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YUHUAN SONG**<br><br>*Plaintiff*,<br><br>v.<br><br>**ASIAN AMERICANS ADVANCING JUSTICE – AAJC, Inc.**<br><br>*Defendant*. | Case No.   1:24-CV-00210-ACR |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Yuhuan Song and Defendant Asian Americans Advancing Justice – AAJC, Inc., by their respective counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Civil Rule 16.6, file this Stipulation of Dismissal and dismiss this action and all claims and defenses asserted therein *with prejudice*. Each party shall bear its own attorneys' fees, costs, and expenses incurred. This stipulation is made pursuant to the settlement agreement entered into by the Parties.

Dated: September 27, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Abdel-Rahman Hamed* | */s/ Matthew E. Kreiser* |
| ABDEL-RAHMAN HAMED, ESQ.<br>Bar No. 1632130<br><br>**HAMED PLLC**<br>P.O. Box 25085<br>Washington, D.C. 20027<br>Telephone: (202) 888-8846<br>abdelrahman@hamedlaw.com<br><br>*Counsel for Plaintiff* | John M. Remy (Bar No. 461244)<br>Matthew E. Kreiser (Bar No. MD0053)<br>10701 Parkridge Boulevard, Suite 300<br>Reston, Virginia 20191<br>(703) 483-8300 (Telephone)<br>(703) 483-8301 (Fax)<br>john.remy@jacksonlewis.com<br>matthew.kreiser@jacksonlewis.com<br><br>*Counsel for Defendant* |